1  Adam Y Siegel (SBN 238568)
2  Nicole M. Elemen (SBN 246776)
   JACKSON LEWIS P.C.
3  725 South Figueroa Street, Suite 2500
   Los Angeles, California  90017-5408
4  siegelA@jacksonlewis.com
   nicole.elemen@jacksonlewis.com
5  Telephone:  (213) 689-0404
   Facsimile:  (213) 689-0430

6  Attorneys for Defendant
7  DAVIDSON HOTEL COMPANY, LLC &

8
9              UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA
11

12 | ROSA MARIA CORTES, | **CASE NO.:** |
|---|---|
13 | Plaintiff, | |
14 | vs. | RULE 7.1 DISCLOSURE STATEMENT |
15 | DAVIDSON HOTEL COMPANY, LLC, a Delaware limited liability company; TOM HARWELL, an individual; and DOES 1 to 50, inclusive, | |
16 | | (Filed concurrently with Notice of Removal, Declaration of Nicole M. Elemen; Notice of Interested Parties and Civil Case Cover Sheet) |
17 | | |
18 | Defendants. | |
19 | | |
20 | | |
21 | | Complaint filed:   August 25, 2014 |
22 | | |
23 | | |

24
25      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned
26 counsel for Defendant Davidson Hotel Company, LLC, is a limited liability company
27 organized under the laws of the State of Delaware.  The Company's sole member is:
28 DHH Holdings, LLC, a Delaware Limited Liability Company.  The members of DHH

1  Holdings LLC and the citizenship of each member are as follows: (a) Belden Investment
2  Group LLC, a Delaware limited liability company; (b) BridgePoint Hospitality Holdings
3  LLC, a Delaware limited liability company; and (c) BridgePoint Hospitality Management
4  LLC, a Delaware limited liability company. All of these limited liability companies are
5  privately held.

DATED: October 10, 2014        JACKSON LEWIS P.C.

                               By:   /s/ Adam Y. Siegel
                                     Adam Y. Siegel
                                     Nicole M. Elemen
                                     Attorneys for Defendant
                                     DAVIDSON HOTEL COMPANY, LLC